# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANET SHISHA,**<br>5116 West Pond Circle<br>West Bloomfield MI 48323<br><br>      Plaintiff,<br> vs.<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**<br>111 Massachusetts Ave., NW MS 2260<br>Washington, DC 20529-2260<br><br>      Defendant. | **Case No.:**<br><br>**COMPLAINT** |

## COMPLAINT

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, to compel the United States Citizenship and Immigration Services (USCIS) to immediately produce all documents in the agency's possession relating to Janet Shisha.

## PARTIES

2. Janet Shisha is a citizen of the United States residing at 5116 West Pond Circle West Bloomfield MI 48323l

3. The United States Citizenship and Immigration Services is an agency of the United States, residing in the District of Columbia, and has possession of and control of numerous documents pertaining to Janet Shisha,

4. The USCIS is an agency within the meaning of 5 USC § 552(f).

## JURISDICTION

5. Since this is a civil action arising under the Freedom of Information Act, 5 U.S.C. § 552, a law of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## BRIEF STATEMENT OF PERTINENT FACTS

6. On February 8, 2016, plaintiff Janet Shisha, through her attorney, filed a request under the Freedom of Information Act to the USCIS by submitting an

email to <uscis.foia@uscis.dhs.gov>. A copy of that email and form DOJ 361 filed by Ms. Shisha are attached hereto as Exhibit A and Exhibit B, respectively.

7. As of the date of the filing of this complaint USCIS had not determined whether to comply with such request nor has it notified plaintiff of such determination and the reasons therefor, and of the right of the plaintiff to appeal to the head of the agency any adverse determination.

## STATEMENT OF RELEVANT LAW

8. 5 U.S.C. § 552(a)(3)(A) provides that:

Except with respect to the records made available under paragraphs (1) and (2) of this subsection, and except as (E), each agency, upon any request for records which (i) reasonably describes such records and (ii) is made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed, shall make the records promptly available to any person.

9. 5 U.S.C. § 552(a)(6) provides in relevant part that "each agency, upon any request for records made under paragraph (1), (2), or (3) of this subsection, shall--

10. determine within 20 days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such

determination and the reasons therefor, and of the right of such person to appeal to the head of the agency any adverse determination.

11.  5 U.S.C. § 552(a)(4)(B) provides in relevant part that on complaint, the district court of the United States in the district in which the complainant resides, or has her principal place of business, or in which the agency records are situated, or in the District of Columbia, has jurisdiction to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant.

## CAUSE OF ACTION

12.  The United States Citizenship and Immigration Services, despite receiving the aforementioned request from Janet Shisha which reasonably described such records and was made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed, has failed to determine whether to make those records available to her and notify her of that determination within the applicable time limit provisions of 5 U.S.C. § 552(a)(6).

13.  Accordingly, Janet Shisha has exhausted her administrative remedies with respect to such request.

14.  The United States Citizenship and Immigration Services has improperly withheld from Janet Shisha the documents identified in that request.

15. Therefore, this Court should enjoin the United States Citizenship and Immigration Services from withholding from Janet Shisha all documents in the agency's possession relating to Janet Shisha.

Respectfully Submitted this 5th day of February, 2018

s/Michael E. Piston
Michael E Piston
Attorney for Plaintiff
225 Broadway, Ste 307
New York, NY 10007
Ph: 646-845-9895
Fax: 206-770-6350
michaelpiston4@gmail.com