## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JANET SHISHA,

       *Plaintiff*,

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

       *Defendant*.

Civil Action No. 18-268 (TJK)

## ORDER

Plaintiff filed the Complaint in the above-captioned case on February 5, 2018.  *See* ECF No. 1.  As of the date of this Order, the public docket does not reflect that Plaintiff has filed proof of service of Defendant.  The Court directs Plaintiff's attention to Federal Rule of Civil Procedure 4(m), which provides in pertinent part that:

> If a defendant is not served within 90 days after the complaint is filed, the court —on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The Court also directs Plaintiff's attention to Federal Rule of Civil Procedure 4(*l*)(1), which provides in pertinent part that "[u]nless service is waived, proof of service must be made to the court."

Accordingly, the Court **ORDERS** that, in order to avoid a mandatory dismissal of this action, on or before **May 29, 2018**, Plaintiff shall either (1) cause process to be served upon Defendant and file proof of service with the Court, or (2) file a motion to enlarge time to serve process and show good cause, if any, for failure to serve process in a timely fashion.

       **SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: May 8, 2018