**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**JANET SHISHA,**
5116 West Pond Circle
West Bloomfield MI 48323

                    Plaintiff,
        vs.

**UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES**
111 Massachusetts Ave., NW MS 2260
Washington, DC 20529-2260

                    Defendant.

**Case No.:**

1

## MOTION TO ISSUE SUMMONS

The Plaintiff requests the Clerk to issue the attached summons in this matter.

Respectfully Submitted this 25th day of May, 2018

s/Michael E. Piston
Michael E. Piston
Attorney for Plaintiff
225 Broadway Ste 307
New York, NY 10007

## CERTIFICATE OF SERVICE

I certify that there are no parties who have entered an appearance in this matter and therefore no one was served.

Respectfully Submitted this 25th day of May, 2018

s/Michael E. Piston
Michael E. Piston
Attorney for Plaintiff
225 Broadway Ste307
New York, NY 10007